UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KARI RECTOR and CLAYTON RECTOR, )
)
Plaintiffs, )
)
v. ) No. 3:21-CV-409-CEA-DCP
)
JEREMEY OWENS, *et al.*, )
)
Defendants. )

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Motion to Compel Directed to Defendants Freightworks, LLC and Freightworks Logistics, LLC [Doc. 38]. According to Plaintiffs, they served Defendants Freightworks, LLC and Freightworks Logistics, LLC (collectively, the "Freightworks Defendants") with Interrogatories and Requests for Production on June 1, 2022. Freightworks, LLC served a written response to the Request for Production on November 28, 2022, and provided some documents. Plaintiffs aver, however, that the Freightworks Defendants have failed to provide answers to the Interrogatories and that Plaintiffs are being prejudiced because the deadlines contained in the Scheduling Order continue to run without them receiving necessary information from the Freightworks Defendants. Given that the Freightworks Defendants have not responded to the interrogatories, Plaintiffs assert that "[a]ny and all objections to these interrogatories have been waived" [Doc. 38 p. 2]. Plaintiffs request a court order compelling the Freightworks Defendants to provide full answers without objections to the interrogatories within ten (10) days.

On January 17, 2023, Defendant Freightworks, LLC filed a Notice of Service of Defendant Freightworks LLC's Answers to Plaintiffs' First Set of Interrogatories [Doc. 40]. In light of the Notice, the Court **DENIES AS MOOT** Plaintiffs' Motion to Compel [**Doc. 38**]. Should there by any issues with the responses to the interrogatories, Plaintiffs may file an appropriate motion.[1]

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

---

[1] The Court notes that Defendant Freightworks, LLC filed the notice; however, the Freightworks Defendants share counsel. In the motion, Plaintiffs assert that Freightworks, LLC responded to the Requests for Production of Documents, but they do not request that Freightworks Logistics, LLC also respond to the Request for Production of Documents. Thus, it is not clear to the Court whether the parties are treating the Freightworks Defendants as a single entity in this litigation. In any event, as stated above, Plaintiffs may file an appropriate motion should the interrogatory responses be incomplete.

2